**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00537-CV

## JOSEPH ASHMORE, JR., ALLAN CLARK AND FINANCIAL RISK SPECIALISTS, INC., Appellants

### V.

## JMS CONSTRUCTION, INC. AND DAVID PERLEY, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-13260**

## ORDER

The reporter's record in this case is overdue. By postcard dated May 27, 2015, we notified the official court reporter for the 193rd Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Stephanie Moses to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record. *We notify appellant that if we receive verification they have not requested the reporter's record, we will*

*order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

/s/     CAROLYN WRIGHT
            CHIEF JUSTICE